IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VANESSA JACKSON<br>4900 Gage Avenue, #155<br>Fort Worth, Texas 76109<br>&<br>THE CHEESECAKE LADY, LLC<br>4900 Gage Avenue, #155<br>Fort Worth, Texas 76109<br>Plaintiffs,<br><br>v.<br><br>PHILLY CHEESECAKE LADY LLC<br>725 West Avenue<br>Jenkintown, Pennsylvania 19046<br>Defendant. | CIVIL ACTION No.: |

**COMPLAINT**

Plaintiffs, Vanessa Jackson and The Cheesecake Lady, LLC. (collectively "Plaintiffs") file this Complaint against Defendant, Philly Cheesecake Lady LLC ("Defendant") and in support aver as follows:

## I. THE PARTIES

1. Plaintiff, Vanessa Jackson, is an individual with an address of 4900 Gage Avenue, #155, Fort Worth, Texas 76109.

2. Plaintiff, The Cheesecake Lady, LLC, is a limited liability corporation with an address of 4900 Gage Avenue, #155, Fort Worth, Texas 76109.

3. Defendant, Philly Cheesecake Lady, LLC, is a limited liability corporation with an address of 725 West Avenue, Jenkintown, Pennsylvania 19046.

## II. JURISDICTION AND VENUE

4. This Court possesses diversity jurisdiction under 28 U.S.C.§ 1332.

5. The amount in controversy exceeds $75,000.

6. Plaintiff, Vanessa Jackson, is a citizen of Texas.

7. Plaintiff, The Cheesecake Lady, LLC, is a citizen of and is domiciled in Texas. Vanessa Jackson is the sole member of The Cheesecake Lady, LLC and is a citizen of Texas.

8. Defendant, Philly Cheesecake Lady, LLC, is a citizen of and is domiciled in Pennsylvania.

9. Defendant has two members who are both residents of Pennsylvania.

10. Venue is proper in the Eastern District of Pennsylvania under 28 U.S.C. §§ 1391.

## III. FACTS

11. On or around October 26, 2025, Plaintiffs entered into an Asset Purchase Agreement ("Agreement") with Defendant. A copy of the Asset Purchase Agreement is attached as Exhibit "A" and incorporated by reference.

12. Defendant agreed to purchase certain assets from Plaintiffs.

13. Defendant agreed to pay Plaintiffs $250,000, plus 7% interest as set forth in the schedule on the Agreement.

14. Specifically, Defendant agreed to make an initial payment of $25,000 and eight subsequent payments of $28,125, plus interest.

15. Defendant made the initial $25,000 payment and the June 1, 2026 installment payment of $28,125.

16. Defendant did not pay the second installment payment on September 1, 2026.

17. Defendant further sent letters to Plaintiffs indicating it would not be making future installment payments as required under the Agreement.

## COUNT I
## Breach of Contract

18. Plaintiffs incorporate the prior paragraphs as if set forth at length.

19. The Agreement is a valid contract between Plaintiffs and Defendant.

20. Defendant is in breach of the Agreement for failure to make payments as required.

21. As a result of the breach of the Agreement by Defendant, Plaintiffs suffered damages in the amount of $196,875, plus 7% interest.

WHEREFORE, The Cheesecake Lady LLC and Vanessa Jackson respectfully request judgment in their favor and against Philly Cheesecake Lady, LLC in the amount of $196,875, plus accruing interest at a rate of 7% and costs.

## COUNT II
## Unjust Enrichment

22. Plaintiffs incorporate the prior paragraphs as if set forth at length.

23. Plaintiffs conferred a benefit on Defendant by providing all "assets, properties, rights, and goodwill" of The Cheesecake Lady, LLC to Defendant.

24. The value and benefit conferred was $250,000.

25. Defendant appreciated the value and benefit by retaining the assets, properties, rights, and goodwill for only $53,125.

26. Defendant's acceptance and retention of the assets, properties, rights, and goodwill would be unjust and inequitable as Defendant pay the full value and benefit.

WHEREFORE, The Cheesecake Lady, LLC and Vanessa Jackson respectfully request judgment in their favor and against Philly Cheesecake Lady, LLC in the amount of $196,875 plus interest and costs.

**COUNT III**
**Anticipatory Breach**

27. Plaintiffs incorporate the prior paragraphs as if set forth at length.

28. The Agreement is a valid contract between Plaintiffs and Defendant.

29. Defendant informed Plaintiffs that it would not be making the September 1, 2026 installment payment or any future installment payments.

30. Defendant's statements and conduct constitute a clear, absolute, and unequivocable refusal to perform Defendant's material obligations under the Agreement.

31. Defendant's conduct constitutes an anticipatory breach of the Agreement.

32. As a result of the anticipatory breach of the Agreement by Defendant, Plaintiffs suffered damages in the amount of $196,875, plus 7% interest.

WHEREFORE, The Cheesecake Lady LLC and Vanessa Jackson respectfully request judgment in their favor and against Philly Cheesecake Lady, LLC in the amount of $196,875, plus accruing interest at a rate of 7% and costs.

HIGH SWARTZ LLP

Date: October 7, 2026

By:__________________________

Kevin Cornish, Esquire
Samantha Porter, Esquire
High Swartz LLP
40 East Airy Street
Norristown, PA 19404
Phone: (610) 275-0700
Fax: (610) 275-5290
kcornish@highswartz.com
sporter@highswartz.com
*Attorneys for Plaintiffs*
*Vanessa Jackson &*
*The Cheesecake Lady, LLC*

**VERIFICATION**

I, Vanessa Jackson, do hereby verify that I have read the foregoing Complaint and it is true and correct to the best of my knowledge, information, and belief.

This statement is made subject to the penalties of 28 U.S.C. § 1746 relating to unsworn falsification to authorities.

Date: 10/07/2026