# UNITED STATES DISTRICT COURT

for the
Eastern District of Pennsylvania

**VANESSA JACKSON; THE CHEESECAKE LADY, LLC**

*Plaintiff*

v.

**PHILLY CHEESECAKE LADY LLC**

*Defendant*

Civil Action No. 2:26-cv-07710-GAM

## DECLARATION OF SERVICE

I, Kimberly Mcmullin, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Philly Cheesecake Lady LLC in Philadelphia County, PA on November 13, 2026 at 12:49 pm at W Ontario St & N Broad St, Philadelphia, PA 19140, Philadelphia, PA 19140 by leaving the following documents with Lance Doe (refused last name) who as Manager is authorized by appointment or by law to receive service of process for Philly Cheesecake Lady LLC.

SUMMONS IN A CIVIL ACTION, COMPLAINT, CIVIL COVER SHEET, DESIGNATION FORM
Race: Black, Sex: Male, Est. Age: 45-54, Hair: Black, Glasses: N, Est. Weight: 160 lbs to 180 lbs, Est. Height: 5' 9" to 6'.
Geolocation of Serve: https://google.com/maps?q=40.0050850476,-75.152206673
Photograph: See Exhibit 1

Total Cost: $225.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

Philadelphia County,

PA on 11/13/2026.

/s/ Kimberly Mcmullin

Signature
Kimberly Mcmullin
+1 (484) 319-1715


Temple University Hospital
The Cheesecake
LADY
"Taste the Love"
267.575.3952
PHILLYCHEESECAKELADY.COM
Exhibit 1a)


Exhibit 1b)
@PHILACHEESECAKE
PHILLYCHEESECAKELADY.COM
Mercedes-Benz
PENNSYLVANIA
ZVX-6450
TRUCK
WILMINGTON, DE

Exhibit 1c)

12:49 5G 99

ontario and broad street phila… ×

All Maps Images News Forums Shopping




N Broad St & Ontario St,
Philadelphia, PA 19140

Waze
https://www.waze.com

Driving directions to Broad St & Ontario St - FS, Philadelphia

Realtime driving directions to Broad St & Ontario St - FS, Philadelphia, based on live traffic updates and road conditions – from Waze fellow drivers.

People also search for

Ontario and broad street philadelphia pa **directions**

Ontario and broad street philadelphia pa

22